USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA M. GALLEGOS, Appellant, v. EMMC, INC. (f/k/a Elite Model Management Corporation), Appellee. | 04 - CV - 10130 (SAS) STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Bankr. P. 8001(c)(2), it is hereby stipulated and agreed by and between the parties to the within appeal that the appeal be, and it hereby is, dismissed without costs to either party.

Dated: New York, New York
January 28, 2005

KIRKPATRICK & LOCKHART LLP

By: ______________________
Edward M. Fox (EF1619)
A Member of the Firm
Attorneys for Victoria M. Gallegos
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: ______________________
Robert T. Schmidt (RS 8881)
A Member of the Firm
Attorneys for EMMC, Inc.
919 Third Avenue
New York, NY 10022
(212) 715-9100

IT IS SO ORDERED

______________________
United States District Judge

2-15-05

NY-342740 v1